# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| KAREN TINCHER,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>    Defendant. | Civil Action File No.:<br><br>2:22-cv-00186-SCJ |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(ii)(B), the parties hereto hereby stipulate to the dismissal of the above-styled action <u>without</u> prejudice.

Respectfully submitted, this the 10th day of April, 2023.

| | |
|---|---|
| **HOFFER & WEBB, LLC**<br>3190 Northeast Expressway<br>The Berkman Building, Suite 430<br>Chamblee, Georgia 30341<br>Phone: (404) 260-6330<br>mhoffer@hofferwebb.com<br>rwebb@hofferwebb.com | */s/ Michael D. Hoffer*<br>Michael D. Hoffer, Esq.<br>Georgia Bar No. 359493<br>*Attorneys for Plaintiff*<br>[with express permission by Jeffrey M. Wasick] |
| **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Road NE<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone: (404) 870-7444<br>Facsimile: (404) 870-1072 | */s/ Jeffrey M. Wasick*<br>Matthew G. Moffett<br>Georgia Bar No.: 515323<br>Jeffrey M. Wasick<br>Georgia Bar No.: 778423<br>*Attorneys for Defendant The Kroger* |

mmoffett@grsmb.com　　　　　　　　　　Co.
jwasick@grsmb.com

CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

This is to certify that the foregoing JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 10th day of April, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** **MOFFETT & BRIESKE, L.L.P.** | */s/ Jeffrey M. Wasick* |
| 950 East Paces Ferry Rd NE | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia Bar No.: 515323 |
| Atlanta, Georgia 30326 | Jeffrey M. Wasick |
| (404) 870-7444 Direct Line | Georgia Bar No.: 778423 |
| (404) 870-1072 Facsimile | *Attorneys for Defendant The Kroger* |
| mmoffett@grsmb.com | *Co.* |
| jwasick@grsmb.com | |

CERTIFICATE OF SERVICE

I hereby certify that I have on this day I electronically filed the JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties via:

Michael D. Hoffer, Esq.
HOFFER & WEBB, LLC
3190 Northeast Expressway

The Berkman Building, Suite 430
Chamblee, GA 30341

Respectfully submitted, this the 10th day of April, 2023.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Rd NE               */s/ Jeffrey M. Wasick*
Suite 1700 – Salesforce Tower Atlanta    Matthew G. Moffett
Atlanta, Georgia 30326                   Georgia Bar No.: 515323
(404) 870-7444 Direct Line               Jeffrey M. Wasick
(404) 870-1072 Facsimile                 Georgia Bar No.: 778423
mmoffett@grsmb.com                       *Attorneys for Defendant The Kroger*
jwasick@grsmb.com                        *Co.*